UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KOUM PEO, | ) | Case No. 1:16-CV-00834-LJO-SAB |
| | ) | |
| Plaintiff | ) | ORDER RE STIPULATION FOR |
| | ) | EXTENSION OF TIME TO FILE |
| v. | ) | PLAINTIFF'S CONFIDENTIAL |
| | ) | LETTER BRIEF |
| NANCY A. BERRYHILL[1], | ) | |
| Acting Comm'r of Social Security, | ) | (ECF No. 15) |
| | ) | |
| Defendant | ) | |

Pursuant to the stipulation of the parties, IT IS ORDERED that Plaintiff shall serve her confidential letter brief on February 9, 2017. The scheduling order is this action is modified accordingly.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 10, 2017          JACQUELINE A. FORSLUND
                                 Attorney at Law


                                 */s/Jacqueline A. Forslund*
                                 JACQUELINE A. FORSLUND

                                 Attorney for Plaintiff


Date:  February 10, 2017         PHILIP A. TALBERT
                                 United States Attorney
                                 DEBORAH STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 */s/Richard Rodriguez*
                                 RICHARD RODRIGUEZ
                                 Special Assistant United States Attorney
                                 *By email authorization

                                 Attorney for Defendant


                                      ORDER

IT IS SO ORDERED.

Dated:   **February 10, 2017**              _____
                                            UNITED STATES MAGISTRATE JUDGE