# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOUM PEO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-00834-LJO-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 18) |

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　1.　　Plaintiff shall file an opening brief on or before May 8, 2017; and

　　　2.　　The deadlines in the June 17, 2016 scheduling order shall be extended accordingly.

IT IS SO ORDERED.

Dated:　__**March 16, 2017**__　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1