UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KOUM PEO, | ) | Case No. 1:16-cv-00834-LJO-SAB |
| Plaintiff | ) ) ) | ORDER RE SECOND STIPULATION FOR EXTENSION OF TIME TO FILE |
| v. | ) ) | PLAINTIFF'S OPENING BRIEF |
| COMMISSIONERR OF SOCIAL SECURITY, | ) ) ) | (ECF No. 20) |
| Defendant | ) ) ) | |

On May 1, 2017, the parties filed a second stipulation to extend time for Plaintiff to file her opening brief.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before May 29, 2017;

2. Defendant's responsive pleading shall be filed on or before June 28, 2017;

3. Plaintiff's reply, if any, shall be filed on or before July 12, 2017; and

4. The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing

schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

IT IS SO ORDERED.

Dated: __**May 1, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: May 1, 2017                    JACQUELINE A. FORSLUND
                                     Attorney at Law


                                     */s/Jacqueline A. Forslund*
                                     JACQUELINE A. FORSLUND

                                     Attorney for Plaintiff


Date:  May 1, 2017                   PHILIP A. TALBERT
                                     United States Attorney
                                     DEBORAH STACHEL
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     */s/Richard M. Rodriguez*
                                     RICHARD M. RODRIGUEZ
                                     Special Assistant United States Attorney
                                     *By email authorization

                                     Attorney for Defendant


                                            ORDER

APPROVED AND SO ORDERED


DATED: _____          _____
                                     STANLEY A. BOONE
                                     UNITED STATES MAGISTRATE JUDGE